UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELSON ESPINAL, on behalf of himself and all others similarly situated,

                  Plaintiffs,

-against-

MONARCH RECOVERY MANAGEMENT, INC.,

                  Defendant.

Docket No: 2:17-cv-07099-ADS-GRB

**NOTICE OF SETTLEMENT**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 24 2018   ★

LONG ISLAND OFFICE

Now comes the Plaintiff NELSON ESPINAL, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Respectfully submitted,

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
Phone:   (917) 299-6612
Facsimile: (718) 425-8954
*Attorney for Plaintiff*

The Court is closing this case pursuant to the terms of the settlement agreement. In the event that the parties are unable to finalize the settlement, they are granted leave to move to reopen the case. SO ORDERED.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

3/24/18
_____
Date